THOMAS E. JOHNSON, Plaintiff-Appellee, *v.* SHELL OIL COMPANY, Defendant-Appellant.

(No. 69-131;

Fifth District—November 19, 1970.

Opinion by Mr. PRESIDING JUSTICE GEORGE J. MORAN.

Gordon Burroughs, of Edwardsville, for appellant.

Walker & Williams, of Belleville, for appellee.